Exhibit 2

**Infringement Claim Chart for U.S. Pat. No. US7130430B2 v. Bang & Olufsen ("Defendant")**
(See Accused Product List at end of chart for models)

| Claim 2 | Evidence |
|---|---|
| 2. A speaker system for producing localized regions of sound comprising: | The Bang & Olufsen's Beolab 90 is a speaker system for producing localized regions of sound.<br><br>For example, the Bang & Olufsen's Beolab 90 produces a surround sound effect. The surround sound effect causes a listener facing the BeoLab 90 to perceive that sound emanating from the BeoLab 90 is originating at a location behind and to the left of the listener, referred to as surround left, and at another location behind and to the right of the listener, referred to as surround right  (i.e., 360 degrees Omnichannel sound direction).<br><br>**Intelligent stereo sound**<br><br>Advanced stereo speakers adapt to your living space and preferred listening experiences to create unforgettable, everyday excellence. With 18 premium drivers and 8.200W per speaker, Beolab 90 has powerful, very high-quality sound for sensational music listening and home entertainment. |

| | |
|---|---|
| | **Beam Direction Control**<br><br>Created for flexible living spaces, Beolab 90 is designed to ensure you always have a front row seat. Our Beam Direction Control technology lets you define one of five directions as the acoustic front, giving you a tailored sweet spot listening experience.<br><br>Source: https://www.bang-olufsen.com/en/ca/speakers/beolab-90 |
| a multiplicity of audio frequency speakers; | The Bang & Olufsen's Beolab 90 includes a multiplicity of audio frequency speakers.<br><br>For example, the Bang & Olufsen's Beolab 90 includes multiple full-range audio speakers positioned along an acoustic front face of the BeoLab 90.<br><br>**Intelligent stereo sound**<br><br>Advanced stereo speakers adapt to your living space and preferred listening experiences to create unforgettable, everyday excellence. With 18 premium drivers and 8.200W per speaker, Beolab 90 has powerful, very high-quality sound for sensational music listening and home entertainment. |

| | | **Beam Direction Control**<br><br>Created for flexible living spaces, Beolab 90 is designed to ensure you always have a front row seat. Our Beam Direction Control technology lets you define one of five directions as the acoustic front, giving you a tailored sweet spot listening experience. | |
|---|---|---|---|



Source: https://www.bang-olufsen.com/en/ca/speakers/beolab-90

| | |
|---|---|
| at least one defined sound target spaced from each of the speakers of the multiplicity of | The Bang & Olufsen's Beolab 90 has at least one defined sound target spaced from each of the speakers of the multiplicity of speakers. Each speaker has a means for applying a time varying audio drive voltage which is substantially identical, except that each audio drive voltage is offset in time by an amount which is related to the distance between each speaker and the defined sound target. So that substantially identical sound from each speaker reaches the sound target at the same time. |

| | |
|---|---|
| speakers, wherein each speaker has a means for applying a time varying audio drive voltage which is substantially identical, except that each audio drive voltage is offset in time by an amount which is related to the distance between each speaker and the defined sound target, so that substantially identical sound from each speaker reaches the sound target at the same time; | For example, each of the Bang & Olufsen's Beolab 90 speakers is connected to an audio amplifier. A speaker have 360-degree omni-directional sound i.e., a surround left channel signal is provided to each speaker via the speaker's respective amplifier. The surround left channel is delayed slightly for speakers on the listener's left compared to speakers on the listener's right. The amount of delay is such that sound waves emanating from each of the speakers reach the surround left location at the same time, thereby interfering constructively to produce a resultant sound wave having peak spatial amplitude at the surround left location. When this wave reflects back to the listener, the listener perceives that the sound originated from the surround left location. |

## Intelligent stereo sound

Advanced stereo speakers adapt to your living space and preferred listening experiences to create unforgettable, everyday excellence. With 18 premium drivers and 8.200W per speaker, Beolab 90 has powerful, very high-quality sound for sensational music listening and home entertainment.

### Beam Direction Control

Created for flexible living spaces, Beolab 90 is designed to ensure you always have a front row seat. Our Beam Direction Control technology lets you define one of five directions as the acoustic front, giving you a tailored sweet spot listening experience.



SOUND

**Recommended Room Size**
30-200 m³
300-2000 ft²

**Speaker Configuration**
7 x 1" Scan-Speak Illuminator tweeters
7 x 4.5" Scan-Speak Illuminator midranges
3 x 10" Scan-Speak Discovery woofers
1 x 13" Scan-Speak Revelator woofer

**Amplifier**
For tweeters: 7 x Bang & Olufsen ICEpower AM300-X
For midranges: 7 x Bang & Olufsen ICEpower AM300-X
For woofers: 3 x Heliox AM1000-1
For front woofer: 1 x Heliox AM1000-1

**Frequency Range**
< 12 to > 43,000 Hz

# Beam Width Control

Beam Width Control gives you the power to control the sound dispersion to suit your needs. A narrow sound beam offers precise delivery to a particular listening spot. Wide is perfect for movies, while 360-degree omnidirectional sound is superb for parties.

| | Source: https://www.bang-olufsen.com/en/ca/speakers/beolab-90 |
|---|---|
| at least a first defined sound target and a second defined sound target, the second sound target being spaced from the first sound target, and the first sound target and the second sound target being spaced from each of the speakers of the multiplicity of speakers, | The Bang & Olufsen's Beolab 90 has at least a first defined sound target and a second defined sound target. The second sound target is spaced from the first sound target. The first sound target and the second sound target are spaced from each of the speakers.<br><br>For example, the Bang & Olufsen's Beolab 90 speaker surround left location is at a rear position on a left-side wall of a nominally sized room. The omni-direction speaker surrounds multiple location i.e., right location is at a rear position on the right-side wall of the room. Additionally, the Beam direction control technology feature enables the BeoLab 90 to adapt to the dimensions of the room.<br><br>**Intelligent stereo sound**<br><br>Advanced stereo speakers adapt to your living space and preferred listening experiences to create unforgettable, everyday excellence. With 18 premium drivers and 8.200W per speaker, Beolab 90 has powerful, very high-quality sound for sensational music listening and home entertainment.<br><br>**Beam Direction Control**<br><br>Created for flexible living spaces, Beolab 90 is designed to ensure you always have a front row seat. Our Beam Direction Control technology lets you define one of five directions as the acoustic front, giving you a tailored sweet spot listening experience. |

**SOUND**

**Recommended Room Size**
30-200 m²
300-2000 ft²

**Speaker Configuration**
7 x 1" Scan-Speak Illuminator tweeters
7 x 4.5" Scan-Speak Illuminator midranges
3 x 10" Scan-Speak Discovery woofers
1 x 13" Scan-Speak Revelator woofer

**Amplifier**
For tweeters: 7 x Bang & Olufsen ICEpower AM300-X
For midranges: 7 x Bang & Olufsen ICEpower AM300-X
For woofers: 3 x Heliox AM1000-1
For front woofer: 1 x Heliox AM1000-1

**Frequency Range**
< 12 to > 43,000 Hz

# Active Room Compensation

Active Room Compensation acoustically optimises the sound of your speaker to deliver your music perfectly. The technology analyses your room to adjust for speaker placement, as well as walls and furniture, to ensure a sensational listening experience in any room.

<table>
<tr><td></td><td>

**Beam Width Control**

Beam Width Control gives you the power to control the sound dispersion to suit your needs. A narrow sound beam offers precise delivery to a particular listening spot. Wide is perfect for movies, while 360-degree omnidirectional sound is superb for parties.

Source: https://www.bang-olufsen.com/en/ca/speakers/beolab-90
</td></tr>
<tr><td>

and wherein the means for applying a time varying audio drive voltage comprises: at least a first audio source which is offset in time by an amount which is related to the distance between each speaker and the first defined sound target;
</td><td>

The means for applying a time varying audio drive voltage comprises at least a first audio source which is offset in time by an amount which is related to the distance between each Bang & Olufsen's Beolab 90 speaker and the first defined sound target.

For example, a delay is added to the surround left channel (e.g. first audio source) before it is applied to a Bang & Olufsen's Beolab 90 speaker on the left-side of the BeoLab 90, as viewed from the listener's position. The delay relates to the distance between the speaker and the surround left location in the nominally sized room, whereby the speaker closest to the surround left location has the most delay.

**Intelligent stereo sound**

Advanced stereo speakers adapt to your living space and preferred listening experiences to create unforgettable, everyday excellence. With 18 premium drivers and 8.200W per speaker, Beolab 90 has powerful, very high-quality sound for sensational music listening and home entertainment.
</td></tr>
</table>

9

| and | |
|---|---|
| | **Beam Direction Control**<br><br>Created for flexible living spaces, Beolab 90 is designed to ensure you always have a front row seat. Our Beam Direction Control technology lets you define one of five directions as the acoustic front, giving you a tailored sweet spot listening experience. |



## Active Room Compensation

Active Room Compensation acoustically optimises the sound of your speaker to deliver your music perfectly. The technology analyses your room to adjust for speaker placement, as well as walls and furniture, to ensure a sensational listening experience in any room.

## Beam Width Control

Beam Width Control gives you the power to control the sound dispersion to suit your needs. A narrow sound beam offers precise delivery to a particular listening spot. Wide is perfect for movies, while 360-degree omnidirectional sound is superb for parties.

Source: https://www.bang-olufsen.com/en/ca/speakers/beolab-90

| | |
|---|---|
| at least a second audio source which is offset in time by an amount | The Bang & Olufsen's Beolab 90 includes at least a second audio source which is offset in time by an amount which is related to the distance between each speaker and the second defined sound target. The sum of the first audio source and the second audio source is used to produce the time varying audio drive voltage. Substantially identical sound from the first audio source signal reaches the first sound target at the same time, |

| | |
|---|---|
| which is related to the distance between each speaker and the second defined sound target wherein a sum of the first audio source which is offset in time and the second audio source which is offset in time is used to produce the time varying audio drive voltage so that substantially identical sound from the first audio source signal reaches the first sound target at the same time, and substantially identical sound from the second audio source | and substantially identical sound from the second audio source signal reaches the second target at the same time.<br><br>For example, a delay is added to the surround right channel (e.g. second audio source) before it is applied to a speaker on the right-side of the BeoLab 90. The delay relates to the distance between the speaker and the surround right location, whereby the speaker closest to the surround right location has the most delay. Each speaker is provided, via its amplifier, with a surround left channel signal and a surround right channel signal, each signal having a respective delay. The signals are added together before being input to the respective amplifier. Consequently, each Bang & Olufsen speaker emits a sound wave comprising audio from the surround left channel and from the surround right channel, the audio from each channel having an appropriate amount of delay such that the surround left audio reaches the surround left location at the same time as the surround right audio reaches the surround right location.<br><br>## Intelligent stereo sound<br><br>Advanced stereo speakers adapt to your living space and preferred listening experiences to create unforgettable, everyday excellence. With 18 premium drivers and 8.200W per speaker, Beolab 90 has powerful, very high-quality sound for sensational music listening and home entertainment. |

| signal reaches the second target at the same time. | | |
| --- | --- | --- |

**Beam Direction Control**

Created for flexible living spaces, Beolab 90 is designed to ensure you always have a front row seat. Our Beam Direction Control technology lets you define one of five directions as the acoustic front, giving you a tailored sweet spot listening experience.

**SOUND**

Recommended Room Size
30-200 m²
300-2000 ft²

Speaker Configuration
7 x 1" Scan-Speak Illuminator tweeters
7 x 4.5" Scan-Speak Illuminator midranges
3 x 10" Scan-Speak Discovery woofers
1 x 13" Scan-Speak Revelator woofer

Amplifier
For tweeters: 7 x Bang & Olufsen ICEpower AM300-X
For midranges: 7 x Bang & Olufsen ICEpower AM300-X
For woofers: 3 x Heliox AM1000-1
For front woofer: 1 x Heliox AM1000-1

Frequency Range
< 12 to > 43,000 Hz

## Active Room Compensation

Active Room Compensation acoustically optimises the sound of your speaker to deliver your music perfectly. The technology analyses your room to adjust for speaker placement, as well as walls and furniture, to ensure a sensational listening experience in any room.

## Beam Width Control

Beam Width Control gives you the power to control the sound dispersion to suit your needs. A narrow sound beam offers precise delivery to a particular listening spot. Wide is perfect for movies, while 360-degree omnidirectional sound is superb for parties.

Source: https://www.bang-olufsen.com/en/ca/speakers/beolab-90

**Infringement Claim Chart for U.S. Pat. No. US7130430B2 v. Bang & Olufsen ("Defendant")**
(See Accused Product List at end of chart for models)

| Claim #3 | Evidence |
|---|---|
| 3. A speaker system for producing localized regions of sound comprising: | The Bang & Olufsen Beolab 90 is speaker a system for producing localized regions of sound.<br><br>For example, the Beolab 90 produces a surround sound effect. The surround sound effect causes a listener facing the Beolab 90 to perceive that sound emanating from the Beolab 90 is originating at a location behind and to the left of the listener, referred to as surround left, and at another location behind and to the right of the listener, referred to as surround right.<br><br>**Intelligent stereo sound**<br><br>Advanced stereo speakers adapt to your living space and preferred listening experiences to create unforgettable, everyday excellence. With 18 premium drivers and 8.200W per speaker, Beolab 90 has powerful, very high-quality sound for sensational music listening and home entertainment. |

<table>
<tr><td></td><td>

**Beam Direction Control**

Created for flexible living spaces, Beolab 90 is designed to ensure you always have a front row seat. Our Beam Direction Control technology lets you define one of five directions as the acoustic front, giving you a tailored sweet spot listening experience.

Source: https://www.bang-olufsen.com/en/ca/speakers/beolab-90
</td></tr>
<tr><td>

a multiplicity of audio frequency speakers;
</td><td>

The Bang & Olufsen Beolab 90 includes a multiplicity of audio frequency speakers.

For example, the Beolab 90 includes multiple full-range audio speakers positioned along a front face of the Beolab 90.

**Intelligent stereo sound**

Advanced stereo speakers adapt to your living space and preferred listening experiences to create unforgettable, everyday excellence. With 18 premium drivers and 8.200W per speaker, Beolab 90 has powerful, very high-quality sound for sensational music listening and home entertainment.
</td></tr>
</table>

## Beam Direction Control

Created for flexible living spaces, Beolab 90 is designed to ensure you always have a front row seat. Our Beam Direction Control technology lets you define one of five directions as the acoustic front, giving you a tailored sweet spot listening experience.

Source: https://www.bang-olufsen.com/en/ca/speakers/beolab-90



Source: https://www.bang-olufsen.com/en/ca/speakers/beolab-90

| at least one defined sound target spaced from each of the speakers of the multiplicity | The Bang & Olufsen Beolab 90 has at least one defined sound target spaced from each of the speakers of the multiplicity of speakers. Each speaker has a means for applying a time varying audio drive voltage which is substantially identical, except that each audio drive voltage is offset in time by an amount which is related to the distance between each speaker and the defined sound target. So that substantially identical sound from each speaker reaches the sound target at the same time. |
|---|---|

| | |
|---|---|
| of speakers, wherein each speaker has a means for applying a time varying audio drive voltage which is substantially identical, except that each audio drive voltage is offset in time by an amount which is related to the distance between each speaker and the defined sound target, so that substantially identical sound from each speaker reaches the sound target at the same time; and | For example, each of the speakers is connected to an audio amplifier. A surround left channel signal is provided to each speaker via the speaker's respective amplifier. The surround left channel is delayed slightly for speakers on the listener's left compared to speakers on the listener's right. The amount of delay is such that sound waves emanating from each of the speakers reaches the surround left location at the same time, thereby interfering constructively to produce a resultant sound wave having a peak spatial amplitude at the surround left location. When this wave reflects back to the listener, the listener perceives that the sound originated from the surround left location.<br><br>**Intelligent stereo sound**<br><br>Advanced stereo speakers adapt to your living space and preferred listening experiences to create unforgettable, everyday excellence. With 18 premium drivers and 8.200W per speaker, Beolab 90 has powerful, very high-quality sound for sensational music listening and home entertainment.<br><br>**Beam Direction Control**<br><br>Created for flexible living spaces, Beolab 90 is designed to ensure you always have a front row seat. Our Beam Direction Control technology lets you define one of five directions as the acoustic front, giving you a tailored sweet spot listening experience. |



**SOUND**

Recommended Room Size
30-200 m²
300-2000 ft²

Speaker Configuration
7 x 1" Scan-Speak Illuminator tweeters
7 x 4.5" Scan-Speak Illuminator midranges
3 x 10" Scan-Speak Discovery woofers
1 x 13" Scan-Speak Revelator woofer

Amplifier
For tweeters: 7 x Bang & Olufsen ICEpower AM300-X
For midranges: 7 x Bang & Olufsen ICEpower AM300-X
For woofers: 3 x Heliox AM1000-1
For front woofer: 1 x Heliox AM1000-1

Frequency Range
< 12 to > 43,000 Hz

## Active Room Compensation

Active Room Compensation acoustically optimises the sound of your speaker to deliver your music perfectly. The technology analyses your room to adjust for speaker placement, as well as walls and furniture, to ensure a sensational listening experience in any room.

|  | **Beam Width Control**<br><br>Beam Width Control gives you the power to control the sound dispersion to suit your needs. A narrow sound beam offers precise delivery to a particular listening spot. Wide is perfect for movies, while 360-degree omnidirectional sound is superb for parties.<br><br>Source: https://www.bang-olufsen.com/en/ca/speakers/beolab-90 |
|  |  |
| wherein the means for applying a time varying audio drive voltage includes a class D amplifier. | The means for applying a time varying audio drive voltage includes a class D amplifier.<br><br>For example, each amplifier connected to a respective speaker is a class D audio amplifier.<br><br>**UNDER THE HOOD**<br><br>Beolab 90 sports no less than 18 premium drivers, 14 channels of ICEpower amplifiers and 4 additional class D amplifiers. 8,200 total watts of musical power and precision – per unit.<br><br>Source: https://www.bang-olufsen.com/en/ca/speakers/beolab-90 |

**Accused Product List**
BEOLAB 90 speaker
BEOSOUND STAGE Beolab 90
BEOSOUND THEATRE Beolab 90

**References**

[1] BEOLAB 90
https://www.bang-olufsen.com/en/ca/speakers/beolab-90

[2] BEOSOUND STAGE - Powerful Dolby Atmos Beolab 90
https://www.bang-olufsen.com/en/ca/Beolab 90s/beosound-stage

[3] BEOSOUND THEATRE - Rule-defying, heart-racing Beolab 90
https://www.bang-olufsen.com/en/ca/Beolab 90s/beosound-theatre