**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| **Patent Armory Inc.,** | |
| Plaintiff, | |
| v. | **Case No. 6:23-cv-00508-ADA** |
| **Bang & Olufsen A/S,** | **Jury Trial Demanded** |
| Defendant. | |

## NOTICE OF AGREED EXTENSION OF TIME FOR DEFENDANT BANG & OLUFSEN A/S TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT

Plaintiff Patent Armory Inc. ("Plaintiff") files this Notice of Agreed Extension of Time for Bang & Olufsen A/S ("Defendant") to Answer, Move or Otherwise Respond to the Complaint pursuant to the Court's March 7, 2022 Amended Standing Order Regarding Joint or Unopposed Request to Change Deadlines.

Defendant was served on August 4, 2023.  Plaintiff provides notice that the parties have agreed to extend the deadline for Defendant to answer, move, or otherwise respond to the Complaint by 30 days, making the new deadline September 25, 2023. This extension does not currently and is not expected to change the date for any hearing, any final submission to the Court related to a hearing, or the trial.

Dated: August 14, 2023

Respectfully submitted,

*/s/ Isaac Rabicoff*
Isaac Rabicoff
Rabicoff Law LLC
5680 King Centre Dr., Suite 645
Alexandria, VA 22315
773-669-4590
isaac@rabilaw.com

**Counsel for Plaintiff**
**Patent Armory Inc.**

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2023, a true and correct copy of the foregoing

document was served on all counsel of record who have appeared in this case via the Court's

CM/ECF system per Local Rule CV-5.

*/s/ Isaac Rabicoff*
Isaac Rabicoff