IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PATENT ARMORY INC., <br><br> Plaintiff, <br><br> v. <br><br> BANG & OLUFSEN A/S, <br><br> Defendant. | Case No.: 6:23-cv-00508-ADA |

### PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Plaintiff Patent Armory Inc. ("Plaintiff") files this Unopposed Motion for Extension of Time for Defendant Bang & Olufsen A/S ("Defendant") to Answer or Otherwise Respond to the Complaint, and respectfully requests an extension of thirty (30) days for Defendant to answer or otherwise respond to Plaintiff's Complaint.

Good cause exists to extend the deadline. Defendant's current deadline to respond to the Complaint is September 25, 2023. Defendant continues to evaluate the Complaint and the allegations made therein. Counsel for Defendant conferred with counsel for Plaintiff, and Plaintiff does not oppose the requested 30-day extension. This motion is not made for delay but only to permit orderly resolution of issues in the case.

Wherefore, Plaintiff respectfully requests that the Court extend the time for Defendant to answer or otherwise respond to the Complaint by 30 days, until October 25, 2023. A proposed order is submitted herewith.

Date: September 21, 2023                                    Respectfully submitted,

s/ Isaac Rabicoff

Isaac Rabicoff
Rabicoff Law LLC
600 Mamaroneck Ave STE 400
Harrison, NY 10528
7736694590
isaac@rabilaw.com

***Counsel for Plaintiff Patent Armory Inc.***

## CERTIFICATE OF CONFERENCE

I hereby certify that Defendant's counsel conferred by electronic mail on September 21, 2023, with Plaintiff's counsel concerning this Motion.

By: s/ Isaac Rabicoff
Isaac Rabicoff

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2023, a true and correct copy of the foregoing document was served electronically, via ECF, on all counsel of record who are deemed to have consented to such service under the Court's local rules.

By: s/ Isaac Rabicoff
Isaac Rabicoff
