IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PATENT ARMORY INC., <br><br> Plaintiff, <br><br> v. <br><br> BANG & OLUFSEN A/S, <br><br> Defendant. | Case No.: 6:23-cv-00508-ADA |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Before the Court is Plaintiff Patent Armory Inc.'s Unopposed Motion for Extension of Time for Defendant to Answer or Otherwise Respond to the Complaint. After consideration, the Court finds that the Motion should be GRANTED.

It is therefore ORDERED that the deadline for Defendant Bang & Olufsen A/S to move, answer, or otherwise respond to Plaintiff's Complaint is extended to October 25, 2023.

SIGNED this _____ day of _____ 2023.

_____
Hon. Alan D Albright
UNITED STATES DISTRICT JUDGE