IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **Patent Armory Inc.,** | Case No. 6:23-cv-00508-ADA |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Bang & Olufsen A/S,** | |
| Defendant. | |

### ORDER GRANTING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

The request to dismiss this matter without prejudice is hereby GRANTED.

**SIGNED** this day____ of_____ 2023.

_____
Hon. Alan D Albright
UNITED STATES DISTRICT JUDGE